MICHAEL LEHNERS, ESQ.
Nevada State Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
(775) 786-1695
Email: michaellehners@yahoo.com
Counsel for Plaintiffs

UNITES STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

JAMES GRAY, an individual,
PAULA BELBEN, an individual.

      Plaintiff

vs.

ALEXXA GOODENOUGH, an individual, NATIONAL LEASE PURCHASE, LLC., a Colorado Limited Liability Company; MARIO GARCIA, an individual

      Defendants.
_____/

CASE NO.: 3:23-cv-00108-LRH-CLB

**ORDER GRANTING STIPULATION TO EXTEND RESPONSIVE TIME AND INITIATE DISCOVERY**

COME NOW Plaintiffs, JAMES GRAY and PAULA BELDEN, by and through their attorney, Michael Lehners, and Defendant, ALEXXA GOODENOUGH, by and through her attorney, JENNIFER McMENOMY, ESQ. Jepson & McMenomy, PLLC, stipulate and agree as follows:

1.     Defendant ALEXXA GOODENOUGH is hereby given a 90 day extension from the date of the Acceptance of Service to file her first responsive pleading to the above-entitled matter.

2. It is further agreed that Parties herein can immediately commence discovery in this matter, including the issuance of third party subpoenas.

DATED this 6th day of April, 2023          DATED this 11 day of April, 2022

/s/ JENNIFER McMENOMY

JENNIFER McMENOMY, ESQ.           MICHAEL LEHNERS, ESQ.
Jepsen & McMenomy, PLLC            Attorney for Plaintiffs
100 Vine Street                    James Gray and
Reno, NV 89503                     Jennifer Belben
P: (775) 525-8850
E: Jenny@JepsenMcMenomy.com
Attorney for Defendant.
Alexxa Goodenough

IT IS SO ORDERED.

DATED: April 12, 2023.

_____
UNITED STATES MAGISTRATE JUDGE