UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES GRAY, *et al.*,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALEXXA GOODENOUGH, *et al.*,<br><br>　　　　　　　　　　Defendant. | Case No. 3:23-CV-00108-LRH-CLB<br><br>**ORDER STRIKING DISCOVERY DOCUMENTS**<br><br>[ECF No. 17] |

Plaintiff filed a notice of subpoena for documents on the Docket. (ECF No. 17.) Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. Ri. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**IT IS SO ORDERED.**

**DATED:** <u>May 3, 2023</u>.

_____
**UNITED STATES MAGISTRATE JUDGE**