DocuSign Envelope ID: 8D58A912-5D98-4CB9-8D39-A65E21D05C77

KENDRA J. JEPSEN, Esq.
Nevada State Bar No. 14065
JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, Nevada 89509
Telephone: (775) 376-7070
Kendra@JepsenLawNV.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES GRAY, an individual;
PAULA BELBEN, an individual,

   Plaintiffs,

vs.

ALEXXA GOODENOUGH, an individual, NATIONAL LEASE PURCHASE LLC, a Colorado Limited Liability Company; MARIO GARCIA, an individual,

   Defendants.

Case No. 3:23-cv-00108-LRH-CLB

**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED by and between the undersigned attorneys that the Court enter an Order permitting KENDRA J. JEPSEN, ESQ., to withdraw as counsel for Defendant ALEXXA GOODENOUGH, in the above-entitled matter, and substituting JENNIFER

///

///

///

///

1

McMENOMY of McMENOMY LAW as counsel for said Defendant.

DATED this ___ day of January 2024.

JEPSEN LAW, PLLC

By: _____
KENDRA JEPSEN, Esq.
Nevada State Bar No. 14065
405 Marsh Avenue
Reno, NV 89509

DATED this 17th day of January 2024.

McMENOMY LAW

By: _____
JENNIFER McMENOMY, Esq.
Nevada State Bar No. 14239
100 Vine Street
Reno, NV 89503

## CONSENT

I, ALEXXA GOODENOUGH, hereby consent to the withdrawal of KENDRA J. JEPSEN as my attorney, and consent to the substitution of JENNIFER McMENOMY as my attorney of record instead and in place of Ms. Jepsen.

DATED: 1/17/2024

_____
ALEXXA GOODENOUGH

2

## ORDER SUBSTITUTING COUNSEL

THIS CAUSE came before the Court on the aforesaid Stipulation for Substitution of Counsel. The Court having reviewed the stipulation and the record herein, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. The court permits Kendra J. Jepsen to withdraw as counsel for the Defendant ALEXXA GOODENOUGH, in this matter, and Ms. Jepsen is relieved of and from any and all further responsibilities to represent said defendant in this matter.

2. Jennifer McMenomy of McMenomy Law be and the same is hereby substituted as counsel for Defendant ALEXXA GOODENOUGH.

IT IS SO ORDERED.

DATED: January 30, 2024

_____
UNITED STATES MAGISTRATE JUDGE