MICHAEL LEHNERS, ESQ.
Nevada State Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
(775) 786-1695
Email: michaellehners@yahoo.com
Counsel for Plaintiffs

UNITES STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES GRAY, an individual,
PAULA BELBEN, an individual.

    Plaintiff

vs.

ALEXXA GOODENOUGH, an individual, NATIONAL LEASE PURCHASE, LLC., a Colorado Limited Liability Company; MARIO GARCIA, an individual

    Defendants.
_____/

CASE NO.: 3:23-cv-00108-CLB

**ORDER GRANTING STIPULATION TO DISMISS PENDING MATTER WITH PREJUDICE**

This matter having come before this court by Stipulation between the Plaintiffs, JAMES GRAY and PAULA BELDEN, and Defendant, ALEXXA GOODENOUGH; having reviewed the Stipulation and pleading on file herein and good cause appearing,

///

///

IT IS HEREBY ORDERED that the Stipulation is approved and the above-entitled matter is dismissed with prejudice with each side to bear their own attorney fees and costs.

DATED this 18th day of April, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

_____
Michael Lehners, Esq.
Attorney for the Plaintiffs
James Gray and Jennifer Belben


/s/ Jennifer McMenomy, Esq.
JENNIFER McMENOMY, ESQ.
McMenomy Law
Attorney for Defendant
Alexxa Goodenough